**MCGUIREWOODS LLP**
Sabrina A. Beldner (SBN 221918)
Email: sbeldner@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant
FERGUSON ENTERPRISES, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA LIZARES DE MADRIGAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FERGUSON ENTERPRISES, LLC, a Virginia limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.<br><br>[Los Angeles Superior Court Case No. 24STCV32506]<br><br>**DECLARATION OF TERESA COOPER IN SUPPORT OF DEFENDANT FERGUSON ENTERPRISES, LLC'S, NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |

# DECLARATION OF TERESA COOPER

I, Teresa Cooper, declare as follows:

1. I am a Legal Specialist-Employment for Defendant Ferguson Enterprises, LLC ("Ferguson"). The following information is true and of my own knowledge. If called as a witness, I could and would competently testify thereto. I am over 18 years of age. I am authorized to make this declaration on behalf of Ferguson.

2. In my position, and in the normal course and scope of my duties, I have knowledge of the corporate business structure of Ferguson. I also have access to and have reviewed Ferguson's personnel, timekeeping, payroll, and wage data and records for Plaintiff Teresa Lizares De Madrigal for purposes of providing this declaration on behalf of Ferguson. The business records of Ferguson referred to in this declaration were prepared and maintained in the ordinary course of Ferguson's business. The entries made in such business records were made at or near the time of the occurrence of the events recorded in such records. In addition, the business records are in all instances kept in a safe and secure location.

3. Ms. De Madrigal's personnel records reflect that her original hire date with Ferguson was August 5, 2013, and she was terminated by Ferguson on June 18, 2024. At the time of her termination, Ms. De Madrigal was a full-time, non-exempt employee earning a base hourly rate of pay of $17.95 per hour. As a full-time employee, Ms. De Madrigal's records reflect that she regularly worked 40 hours per week, from August 5, 2013 until March 25, 2024, in addition to periodic overtime. Additionally, Ferguson's records reflect that at the time of Ms. De Madrigal's termination, she was participating in Ferguson's 401(k) plan.

4. Ms. De Madrigal's personnel records also reflect that from at least 2020 until her termination in June 2024, her residential address on record with Ferguson was in La Puente, California. The same address in La Puente, California was also the address at which she received her 2020 through 2024 W-2 tax forms from Ferguson. Additionally, from 2020 through 2024, Ms. De Madrigal received her wages via direct deposit at a bank account of her designation in California.

5. Ferguson Enterprises, LLC is a Virginia limited liability company with its principal place of business in Newport News, Virginia. Its sole owner/member is Ferguson US Holdings, Inc., which is incorporated in Virginia, and which has its principal place of business is also in Newport News, Virginia.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January __, 2025, at Newport News, Virginia.



_____
TERESA COOPER

200073639.2

2

DECLARATION OF TERESA COOPER I/S/O DEFENDANT FERGUSON ENTERPRISES, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, CA 90067-1501.

On February 6, 2025, I served the following document(s) described as **DECLARATION OF TERESA COOPER IN SUPPORT OF DEFENDANT FERGUSON ENTERPRISES, LLC , NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Kevin A. Lipeles<br>Thomas H. Schelly<br>LIPELES LAW GROUP, APC<br>880 Apollo St., Suite 336<br>El Segundo, California 90245 | *Attorney for* Teresa Lizares De Madrigal |

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY ELECTRONIC DELIVERY:** I caused said document(s) to be transmitted electronically to the above addressees. (C.C.P. § 1010.6)

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered the addressee(s). (C.C.P. § 1011)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 6, 2025, at Los Angeles, CA.

_____
Matthew Whitney

PROOF OF SERVICE